# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PHAM, TU M. | 2. Court or Organization<br><br>US DISTRICT COURT WD TENNESSEE | 3. Date of Report<br><br>05/03/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FULL TIME - MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>TU M PHAM, MAGISTRATE JUDGE<br>167 N MAIN STREET ROOM 338<br>MEMPHIS, TN. 38103 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD MEMBER | FEDERAL BAR ASSOCIATION-MEMPHIS MID-SOUTH CHAPTER |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | 401(K) WITH VANGUARD GROUP THROUGH PRIOR EMPLOYMENT WITH KIRKLAND & ELLIS LAW FIRM |
| 2. 1997 | DEFINED CONTRIBUTION PLAN WITH VANGUARD GROUP THROUGH PRIOR EMPLOYMENT WITH KIRKLAND & ELLIS LAW FIRM |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 05/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | SHELBY COUNTY TENNESSEE SCHOOLS - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | JUDGES' GENERAL AUTHORIZATION FUND | 02/25/12 - 02/26/12 | OXFORD, MISSISSIPPI | JUDGES' RETREAT | MEALS, TRANSPORTATION, LODGING |
| 2. | FEDERAL JUDICIAL CENTER | 07/23/12 - 07/25/12 | DENVER, COLORADO | MAGISTRATE WORKSHOP II | MEALS, TRANSPORTATION, LODGING |
| 3. | JUDGES' GENERAL AUTHORIZATION FUND | 11/14/12 | JACKSON, TENNESSEE | NATURALIZATION CEREMONY | TRANSPORTATION |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 05/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | FEDERAL BUILDING FEDERAL CREDIT UNION | B | Int./Div. | L | T | | | | | |
| 2. | SHELBY COUNTY SCHOOLS VALIC 403(B) | | | | | | | | | |
| 3. | -DAVID NY VENTURE FUND | A | Int./Div. | J | T | | | | | |
| 4. | -COLUMBIA SMALL CAP VAL II | A | Int./Div. | J | T | | | | | |
| 5. | -AMERICAN FUNDS EUROPAC | A | Int./Div. | J | T | | | | | |
| 6. | -PIMCO TOTAL RET A | A | Int./Div. | J | T | | | | | |
| 7. | CHICAGO PUBLIC SCHOOLS VALIC 403(B) | | | | | | | | | |
| 8. | -LEGG MASON CAP MGMT | A | Int./Div. | J | T | | | | | |
| 9. | -PRIMECAP ODYSSEY AGGR GROWTH | A | Int./Div. | J | T | | | | | |
| 10. | -BRIDGEWAY AGGESSIVE INV PORTFOLIO | A | Int./Div. | J | T | | | | | |
| 11. | -WEITZ HICKORY FUND | A | Int./Div. | K | T | | | | | |
| 12. | -SCHWAB MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 13. | IRA #1 VANGUARD PRIMECAP CORE FUND | A | Int./Div. | J | T | | | | | |
| 14. | 401(K) ACCOUNT VANGUARD HEALTH CARE FUND | A | Int./Div. | L | T | | | | | |
| 15. | DEF CONTRIBUTION RETIR VANGUARD HEALTH CARE FUND | A | Int./Div. | J | T | | | | | |
| 16. | PERRITT EMERGING OPPORTUNITIES FUND | A | Int./Div. | | | Merged (with line 30) | 04/30/12 | J | | |
| 17. | IRA #11 LEGG MASON OPPORTUNITY TRUST FUND | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #6 WEITZ HICKORY FUND | A | Int./Div. | J | T | | | | | |
| 19. IRA #7 PRIMECAP ODYSSEY AGGRESSIVE | A | Int./Div. | K | T | | | | | |
| 20. IRA #8 MAIRS & POWER GROWTH FUND | A | Int./Div. | K | T | | | | | |
| 21. IRA #9 MAIRS & POWER GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 22. IRA #10 BRIDGEWAY AGGRESSIVE INVESTORS FUND | A | Int./Div. | | | Merged (with line 31) | 06/01/12 | J | | |
| 23. IRA #12 BRIDGEWAY AGGRESSIVE INVESTORS FUND | A | Int./Div. | | | Merged (with line 32) | 06/01/12 | J | | |
| 24. COVERDELL #2 PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 25. COVERDELL #3 PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 26. COVERDELL ESA #1 MAIRS & POWER GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 27. COVERDELL ESA #2 MAIRS & POWER GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 28. LEGG MASON OPORTUNITY TRUST FUND | A | Int./Div. | | | Merged (with line 17) | 07/01/12 | J | | |
| 29. VASCULAR TECHNOLOGIES INC | A | Int./Div. | L | W | | | | | |
| 30. PERRITT ULTRA MICRO CAP FUND | A | Int./Div. | J | T | | | | | |
| 31. BRIDGEWAY AGGRESSIVE INVESTORS 1 FUND IRA #10 | A | Int./Div. | J | T | | | | | |
| 32. BRIDGEWAY AGGRESSIVE INVESTORS 1 FUND IRA #12 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 05/03/2013 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 05/03/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TU M. PHAM**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544